## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

---

| | | |
|---|---|---|
| KARIM WATSON AND KIMBERLY ESPINO, | ) )  ) | **CIVIL ACTION** |
| Plaintiffs, | ) ) | NO.  4:15-CV-40014-TSH |
| v. | ) ) | |
| LUIS PEREZ, IN HIS OFFICIAL CAPACITY AS COURT OFFICER FOR THE MASSACHUSETTS TRIAL COURT AND INDIVIDUALLY, ET AL., | ) ) ) ) ) | |
| Defendants. | ) ) | |

---

## ORDER ON DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINT AND FOR A STAY OF PROCEEDING (Docket No. 14)

### October 1, 2015

**HILLMAN, D.J.**

Two motions are pending before this Court.  Defendants Luis Perez, Sherri Glenn, Stephen Donovan, Daniel DiStefano, David Deignan, Timothy O'Leary, and Katherine Mercadante, in their capacity as Court Officers for the Trial Court of Massachusetts and Individually, respectively, and Robin Yancey, in her capacity as Regional Director of Security for the Trial Court of Massachusetts and Individually, and Daniel Bennett, in his capacity as First Assistant District Attorney for the Worcester County District Attorney's Office and Individually, move to dismiss Plaintiffs' claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  These same Defendants have also moved to stay any remaining claims following this Court's action on the motion to dismiss, until the termination of criminal charges brought against Plaintiffs by the Commonwealth.

1

The above-mentioned Defendants' motions (Docket No. 14) to dismiss and stay the proceeding are hereby ***denied*** without prejudice to be reasserted after review of Plaintiffs' First Amended Complaint.

**SO ORDERED.**

/s/ *Timothy S. Hillman*
**TIMOTHY S. HILLMAN**
**DISTRICT JUDGE**